10845-82380 (RER)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **TAMPLA MOORE AND JOHNNY MOORE, SR.,**<br><br>     **Plaintiff,**<br><br>**v.**<br><br>**WAL-MART STORES, INC. and WAL-MART STORES EAST, L.P.**<br><br>     **Defendants.** | **No. _____**<br><br>**JURY DEMANDED** |

## NOTICE OF REMOVAL

Comes now the Defendant, Wal-Mart Stores East, L.P., incorrectly styled as Wal-Mart Stores, Inc., by and through the undersigned counsel, and hereby notify the Judges of the United States District Court for the Western District of Tennessee, Western Division, the Clerk of the Circuit Court of Shelby County, Tennessee, and the Plaintiffs, TAMPLA MOORE and JOHNNY MOORE, SR., that the action described herein and filed in the Circuit Court of Shelby County, Tennessee is removed to the United States District Court for the Western District of Tennessee, Western Division pursuant to 28 U.S.C. § 1441.

1. On May 31, 2017, Plaintiffs, TAMPLA MOORE and JOHNNY MOORE, SR. filed a civil action against Defendant in the Circuit Court of Shelby County, Tennessee bearing civil action No. CT-002370-17. Service of the Complaint and Summons was made upon the Defendant through its registered agent CT Corporation System, by certified mail on June 14, 2017.

10845-82380 (RER)

2. Plaintiffs filed this premises liability action based upon an incident that occurred in Shelby County, Tennessee on June 11, 2016.

3. Defendant seeks removal of this action to this Court pursuant to 28 U.S.C. § 1332, upon the grounds that the controversy is wholly between citizens of different states and involves an amount in controversy which exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of the interest and costs. <u>See</u> 28 U.S.C. § 1332. Specifically, Plaintiff's Complaint demands compensatory damages in the amount of $250,000.00. (<u>See</u> Complaint, p. 5).

4. Plaintiffs, TAMPLA MOORE and JOHNNY MOORE, SR. are residents and citizens of Shelby County, Tennessee and was a citizen of the State of Tennessee at the time of the filing of this action and at the time of removal.

5. Defendant WAL-MART STORES EAST, L.P., is a Delaware limited partnership with its principle place of business in Bentonville, Arkansas. For purposes of determining citizenship under 28 U.S.C. § 1332(c)(1), a limited partnership is deemed to be a citizen of every state where its general and limited partners reside. <u>See</u> <u>Hooper v. Wolfe</u>, 396 F.3d 744, 748 (6th Cir. 2005) (citing <u>Carden v. Arkoma Assocs.</u>, 494 U.S. 185, 195–96, 110 S.Ct. 1015, 108 L.Ed.2d 157 (1990)).

6. The amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

7. This notice is filed within the time prescribed by 28 U.S.C. § 1446(b).

8. A copy of the Summons and Complaint, being all the papers served upon the Defendant, are attached as Exhibits hereto.

WHEREFORE, Notice is hereby given that the said civil action No. CT-002370-17 is removed from the Circuit Court of Shelby County, Tennessee, to this Court.

> Respectfully submitted,
>
> RAINEY, KIZER, REVIERE & BELL, P.L.C.
>
> By: s/Russell E. Reviere
> RUSSELL E. REVIERE (BPR No. 007166)
> 209 East Main Street
> P.O. Box 1147
> Jackson, Tennessee 38302-1147
> (731) 423-2414–telephone
> (731) 426-8150–facsimile
> rreviere@raineykizer.com
>
> *Attorneys for Defendant*
> *Wal-Mart Stores East, L.P.*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of this pleading or document was served upon counsel for each of the parties by mailing postage prepaid, by delivery to the person or office of such counsel, or by electronic means, as follows:

Bobby F. Martin, Jr.
Morgan & Morgan Memphis LLC
one Commerce Square, Suite 2660
Memphis, TN 38103
901-333-1849
bmartin@forthepeople.com

This the 11th day of July, 2017.

> s/Russell E. Reviere